# United States Court of Appeals for the Federal Circuit

E R R A T A

March 10, 2008

Appeal No. 2007-1168, <u>Erico Intl v. Vutec Corp</u>

Precedential Opinion

Decided:                February 19, 2008

In the dissenting opinion at, page 5, line 20, in the paragraph beginning "As used by my colleagues," the second sentence of that paragraph should read:

"Raising a "substantial question" concerning validity is not the same as . . ."

That is, after "validity" delete the comma and the word "it."